## L. P. ELLIOT v. G. T. TYSON.

*Practice—Appeal from Judgment for Costs.*

Where nothing is involved except costs, an appeal will not be allowed.

PROCEEDINGS, under section 1756 of *The Code*, commenced before the Clerk of the Superior Court of PITT County, to settle a controversy between a landlord and a tenant, and heard on appeal before *Bynum, J.*, and a jury, at March Term, 1894, of PITT Superior Court. The defendant appealed.

*Messrs. J. B. Batchelor* and *T. J. Jarvis*, for plaintiff.
*Messrs. Shepherd & Busbee*, for defendant (appellant).

FAIRCLOTH, C. J.:   In this action the parties settled their matters by paying and receiving from each other, according to the contract. At the conclusion of the trial, the court rendered a judgment in favor of the plaintiff and against the defendant for costs only, and the defendant appealed. When nothing is involved except costs, an appeal will not be allowed. Clark's Code, 560; *Futrell* v. *Deans*, at this erm. When the subject matter of the action has been

lost, destroyed or adjusted between the parties, an appeal will not be allowed for costs only. *State* v. *Byrd*, 93 N. C., 624.

Appeal Dismissed.